102 A.3d 417

**Kenneth SAXTON, Real party in interest and in behalf of Ens Legis: Kenneth Saxton, Petitioner**

v.

**JUDGES OF THE COURT OF COMMON PLEAS, PHILADELPHIA COUNTY, PA, assigned to Petition for Writ of Habeas Corpus Re October Term 1980, Nos. 761, 764 & 765, Respondents.**

**No. 132 EM 2014.**

Supreme Court of Pennsylvania.

Oct. 21, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 21st day of October, 2014, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**

102 A.3d 417

**Anthony JOHNSON, Petitioner**

v.

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.**

**No. 129 EM 2014.**

Supreme Court of Pennsylvania.

Oct. 21, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 21st day of October, 2014, the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**